B240C (Form B240C) (12/09)

# United States Bankruptcy Court
### NORTHERN District of ILLINOIS

In re
**ANTHONY J. THOMPSON and**
**ALEXIA L. THOMPSON**

Case No. **20 B 19547**
Chapter 7

Debtor(s)

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) Anthony J. and Alexia L. Thompson filed a motion for approval of the Reaffirmation Agreement dated December 18, 2020 (Docket No. 18) between the debtor(s), and Toyota Motor Credit Corporation. The court held the hearing required by 11 U.S.C. § 524(d) on notice to the debtor(s) and the creditor on _____.

COURT ORDER:

☐ The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court grants the debtor's motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation agreement described above.

☒ The court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court does not approve the reaffirmation agreement.

BY THE COURT

Date: **05 JAN 2021**

Jack B. Schmetterer
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 20-19547-JBS |
| Anthony J Thompson | Chapter 7 |
| Alexa L Thompson | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: cmendoza1 | Page 1 of 1 |
| Date Rcvd: Jan 06, 2021 | Form ID: pdf007 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony J Thompson, Alexa L Thompson, 22043 Jordan Lane, Richton Park, IL 60471-1269 |
| 29164331 | + | Toyota Motor Credit Corporation, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021                              Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alex D Moglia, ESQ | amoglia@mogliaadvisors.com  IL31@ecfcbis.com |
| David H Cutler | on behalf of Debtor 1 Anthony J Thompson cutlerfilings@gmail.com  r48280@notify.bestcase.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 3