UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   20-19547 |
| Anthony J Thompson and Alexa L Thompson | ) ) ) ) ) ) | (Jointly Administered) Chapter: 13 Honorable Jack Schmetterer |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO CONVERT CASE FROM A CHAPTER 7 TO A CHAPTER 13**

Having read the MOTION TO CONVERT CASE FROM A CHAPTER 7 TO A CHAPTER 13 heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

1) The Debtors chapter 7 case is hereby converted to a chapter 13 case pursuant to 11 U.S.C. §§ 1112, 1208, or 1307.

2) Set for status on filing of Chapter 13 Plan February 24, 2021 at 10:30 a.m.  This status hearing will be presented and heard telephonically using AT&T Teleconference.  No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-877-336-1839; Access Code: 3900709.

Enter:   *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  February 02, 2021

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600