# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| ANTHONY J. THOMPSON and | ) | Case No. 20-19547 |
| ALEXA L. THOMPSON, | ) | |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

## NOTICE OF MOTION

TO: Office of M.O. Marshall
     Chapter 13 Trustee
     *via ECF clerk's electronic delivery system*

PLEASE TAKE NOTICE that on March 3, 2021 at 10:00 a.m., the undersigned shall appear by telephone before the Honorable Judge Jack B. Schmetterer, or any Judge sitting in his stead and then and there present the Motion to Extend Time to File Remaining Schedules, Plan and other documents, a copy of which is attached hereto.

**This motion will be presented and heard electronically using AT&T Teleconference.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the Motion, you must call this toll-free number: 1-877-336-1839. Then enter access code 3900709 followed by the pound (#) sign.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                              /s/ David H. Cutler
                              Cutler & Associates, Ltd
                              4131 Main St.
                              Skokie, IL 60076
                              Phone: (847) 673-8600

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused the above and foregoing Notice and attached Motion to be served on the Trustee via Electronic Court Notice on February 16, 2021.

                              /s/ David H. Cutler

Cutler & Associates, Ltd
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| ANTHONY J. THOMPSON and | ) | Case No. 20-19547 |
| ALEXA L. THOMPSON, | ) | |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

**MOTION TO EXTEND TIME TO FILE DEBTORS
REMAINING SCHEDULES, PLAN AND OTHER DOCUMENTS**

NOW COMES the Debtors, Anthony J. Thompson and Alexa L. Thompson, by and through their attorneys, Cutler & Associates, Ltd., and move this Court to grant them until March 5, 2021 to file their remaining Schedules, plan and other documents. In support of this Motion, the Debtors respectfully state and allege as follows:

1. The Debtors filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on October 30, 2020.

2. The Court enter an order converting the Debtors chapter 7 case to a chapter 13 pursuant to 11 U.S.C. §§ 1112, 1208, or 1307 on February 2, 2021.

3. The Debtors remaining schedules, plan and other documents would, in absence of this motion be due on February 16, 2021.

4. The Debtors needs additional time to review the remaining schedules, plan and other documents with their attorney before they can be filed.

5. The Debtors, therefore, requests that she be granted until March 5, 2021 to file their remaining Schedules, plan and other documents.

WHEREFORE, the Debtors, Anthony J. Thompson and Alexa L. Thompson, pray for the following relief:

A.      That the Debtors be granted until March 5, 2021 to file their remaining schedules, plan and other documents; and

B.      For such other and further relief as this Court deems equitable and just.

Respectfully Submitted,

Dated: February 16, 2021

By:           /s/ David H. Cutler
One of the attorneys for the Debtors

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600