UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 20-19547 |
| --- | --- | --- |
| Anthony J Thompson and Alexa L Thompson | ) ) ) | (Jointly Administered) |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO OBTAIN/INCUR DEBT

THIS CASE COMING TO BE HEARD on the Motion of the Debtors to Obtain/Incur Debt, due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

The Debtors are permitted to purchase a 2023 Corolla Hybrid SE or a similar vehicle, with an amount financed not to exceed $30,000.00, interest not to exceed 8.24%, and monthly payments not to exceed $531.42.

No objection to the motion having been lodged within the time required by Local Rule 9013-1F, any potential objections have been waived, and the motion is therefore granted.

Enter:

*Donald R. Cassling*

Honorable Donald R. Cassling

United States Bankruptcy Judge

Dated: April 20, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtors:
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600